**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      County of Galveston, Texas v. Triple B Services, LLP

Appellate case number:    01-15-00565-CV

Trial court case number:  14-CV-0031

Trial court:              122nd District Court of Galveston County

      On July 22, 2015, appellant, the County of Galveston, Texas filed an Unopposed Motion to Proceed Without a Reporter's Record.  The motion is **granted**.  Appellant's brief is ORDERED to be filed within 20 days of the date of this order.  *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 20 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ <u>Harvey Brown</u>
                ☒  Acting individually     ☐  Acting for the Court

Date:  July 28, 2015